**United States District Court**
For the Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8   **IRMA RAMIREZ**
9       Plaintiff(s),                     No. C-**11-02238** EDL
10      v.                                **ORDER OF CONDITIONAL DISMISSAL**
11  **TORTAS LOS PICUDOS INC**
12      Defendants.
                                    /
13
14
15  The Court has been informed that this case has settled. Therefore, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.
16
17
18
19  IT IS SO ORDERED.
20  Dated: June 13, 2012
21                                        _____
                                          ELIZABETH D. LAPORTE
22                                        United States Magistrate Judge
23
24
25
26
27
28